THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Charles Pagan, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2010-154481

---

**ON WRIT OF CERTIORARI**

---

Appeal from Florence County
L. Casey Manning, Trial Judge
Thomas A. Russo, Post-Conviction Judge

---

Memorandum Opinion No. 2013-MO-027
Submitted September 17, 2013 – Filed September 25, 2013

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Robert M. Pachak, of Columbia, for Petitioner.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant

Attorney General Tyson A. Johnson, all of Columbia, for the State.

———————

**PER CURIAM:**   We granted a writ of certiorari to review the denial of Petitioner's application for post-conviction relief.  We now dismiss the writ as improvidently granted.


**DISMISSED AS IMPROVIDENTLY GRANTED.**


**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**